No. 145. LOUISE A. WHITCOMB *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE;

No. 146. LYDIA L. WHITCOMB *v.* SAME;

No. 147. LOUISE A. F. E. WHITCOMB *v.* SAME;

Nos. 148 and 149. LYDIA L. I. WHITCOMB *v.* SAME; and

No. 150. LOUISE A. F. E. WHITCOMB *v.* SAME. October 9, 1933. Petition for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. W. W. Spalding, Robert A. Littleton, Claude R. Branch,* and *Felix T. Smith* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.